No. 83–751. SECURITIES AND EXCHANGE COMMISSION ET AL. *v.* JERRY T. O'BRIEN, INC., ET AL. C. A. 9th Cir. [Certiorari

granted, 464 U. S. 1038.] Motion of the Solicitor General to dispense with printing the joint appendix granted.